UNITED STATES DISTRICT COURT

DISTRICT OF NEW HAMPSHIRE

<u>Chao-Cheng Teng</u>

    v.                          Civil No. 09-cv-00008-JL

<u>Town of Kensington, et al.</u>

### ORDER AFTER PRELIMINARY PRETRIAL CONFERENCE

The Preliminary Pretrial Conference was held in chambers on **March 18, 2009**.

The Discovery Plan (document no. 6) is approved as submitted.

The defendants will not press the issue of insufficient service of process.

The plaintiff will file an amended complaint shortly.

**SO ORDERED.**

_/s/ Joe Laplante_
Joseph N. Laplante
United States District Judge

Dated:  March 18, 2009

cc:  Richard C. Mooney, Esq.
     R. Matthew Cairns, Esq.
     William G. Scott, Esq.